## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DIVISION OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | * * * * | |
| **Plaintiff,** | * | CASE NO.: 1:24-cv-00003-JB-M |
| | * | |
| vs. | * * | |
| **DNB INVESTMENTS LLC,** | * * | |
| **Defendant.** | * * | |

### MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant, DNB Investments LLC ("DNB"), by and through undersigned counsel, hereby moves to dismiss the Complaint for Declaratory Judgment of Plaintiff, Geovera Specialty Insurance Company, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Specifically, Defendant seeks dismissal of Plaintiff's Complaint on the grounds that this Court lacks subject matter jurisdiction and because Plaintiff fails to state a claim for which relief can be granted.

In support of the motion, DNB relies on the accompanying Memorandum in Support of DNB's Motion to Dismiss, as well as the accompanying DNB Notice of Claim and Formal Demand for Payment and Declaration of Shane Welch.

Respectfully submitted,

*/s/ Thomas H. Benton, Jr.*
THOMAS H. BENTON, JR. (BEN028)

OF COUNSEL:

Benton Law Firm, LLC
Post Office Box 11
Mobile, AL 36601
(251) 338-4286 Direct Dial
(251) 694-1998 Facsimile
tom@benton-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was filed through the Court's electronic filing system on February 1, 2024. Notice of this filing will be sent to all parties listed on the Court's electronic filing system. Parties may access all filed documents through the Court's system.

                                                  */s/ Thomas H. Benton, Jr.*